# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS WOOD, | No. 3:18-cv-1787 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CAVELLO, OFFICER OF SCI BENNER TOWNSHIP, | |
| Defendant. | |

## ORDER

### MAY 21, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion (Doc. 32) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge